JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 792 -- In re Leitz Autofocus SLR Camera Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/09/12 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Pltf. Ernst Leitz Wetzlar GmbH for transfer of actions pursuant to 28 U.S.C. §1407 w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. New York (ds) |
| 88/09/23 | | APPEARANCES -- ALLEN A. HANS, ESQ. for Minolta Corp. and JOHN O. TRAMONTINE, ESQ. for Nikon Inc., Nikon Corp. and Nippon Kogaku KK. (ds) |
| 88/09/26 | | APPEARANCES -- NICHOLAS M. CANNELLA, ESQ. for Canon, Inc. and Canon U.S.A., Inc.; BRUCE H. BERNSTEIN, ESQ. for Pentax Corp. and Asahi Optical Co., Ltd.; ILENE KNABLE GOTTS, ESQ. for Ernst Leitz Wetzlar GmbH; ROBER R. WISE, ESQ. for Kyocera Corp. and Yashica, Inc.; GEORGE E. BADENOCH, ESQ. for Olympus Corp. and Olympus Optical Co., Ltd.; JOHN O. TRAMONTINE, ESQ. for Nikon, Inc. and Nippon Kogaku KK   (ds) |
| 88/10/03 | 2 | RESPONSE/BRIFE -- (to pldg. #1) Nikon, Inc. and Nikon Corp. -- w/cert. of svc. (rh) |
| 88/10/03 | 3 | RESPONSE -- (to pldg. #1) Kyocera Corp. and Yashica, Inc. -- w/cert. of svc. (rh) |
| 88/10/03 | 4 | RESPONSE -- (to pldg. #1) Pentax Corp. and Asahi Optical Co., Ltd. -- w/cert. of svc. (rh) |
| 88/10/03 | 5 | RESPONSE -- (to pldg. #1) Canon U.S.A., Inc. and Canon, Inc. -- w/cert. of svc. (rh) |
| 88/10/04 | 6 | RESPONSE -- (to pldg. #1) Olympus Corp. and Olympus Optical Co., Ltd. -- w/cert. of svc. (rh) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/10/17 | 7 | REPLY -- Ernst Leitz Wetzlar GmbH -- w/cert. of svc. (rh) |
| 88/10/26 | 8 | RESPONSE/BRIEF -- (to pldg. #7) Pentax Corp. and Asahi Optical Co., Ltd. -- w/cert. of svc. (rh) |
| 88/10/28 | 9 | REPLY -- (to pldg. #8) Ernst Leitz Wetzlar GmbH -- w/cert. of svc. (rh) |
| 88/11/07 | 10 | STATUS REPORT -- movant Ernst Leitz Wetzlar GmbH -- w/cert. of service (cds) |

p. 2

No. 792

| | |
|---|---|
| 88/11/16 | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- ALL WAIVED (rh) |
| 88/12/05 | CONSENT OF TRANSFEREE COURT -- For Transfer of Litigation to the Eastern District of New York to the Hon. Jacob Mishler for pretrial proceedings (rh) |
| 88/12/05 | TRANSFER ORDER -- Transferring A-1 to the Eastern District of New York pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 792 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LEITZ AUTOFOCUS SLR CAMERA PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates November 17, 1988 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 5, 1988 | TO | Unpublished | E.D. New York #201 | Hon. Jacob Mishler | |

Trenton
Joseph Di Talia

Special Transferee Information

DATE CLOSED: _____

5-5-88
9-15-89

1.

JPML FORM 1           LISTING OF INVOLVED ACTIONS       Hon. Jacob Mishler
E.D. New York

DOCKET NO. 792 -- In re Leitz Autofocus SLR Camera Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | ~~Ernst Leitz Wetzlar~~ Wild Leitz GmbH v. Koyocera Corp., et al. | N.J. Thompson | 88-2448 | 12-5-88 | 88-3900 | 5/22/89 D | |
| A-2 | ~~Ernst Leitz Wetzlar GmbH~~ v. Minolta Camera Co., Ltd., et al. *Do Not code* | N.J. Debevoise | 88-2476-DRD | | | 11-4-88 D | |
| A-3 | ~~Ernst Leitz Wetzlar~~ Wild Leitz GmbH v. Canon, U.S.A., Inc., et al. | N.Y., E. Mishler | CV-88-1706 | | | 6/16/89 D | |
| A-4 | ~~Ernst Leitz Wetzlar~~ Wild Leitz GmbH v. Pentax Corporation, et al. | N.Y., E. Mishler | CV-88-1707 | | | 7/25/89 D | |
| A-5 | ~~Ernst Leitz Wetzlar~~ Wild Leitz GmbH v. Olympus Corporation, et al. | N.Y., E. Mishler | CV-88-1708 | | | 6/1/89 D | |
| A-6 | ~~Ernst Leitz Wetzlar~~ Wild Leitz GmbH v. Nikon, Inc., et al. | N.Y., E. Mishler | CV-88-1709 | | | 9/15/89 | |

July 1989 - 1 TR / 4 XY2 / 1 Dis / 4 Pending
July 1990 - 4 Dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 792 -- In re Leitz Autofocus SLR Camera Patent Litigation

---

ERNST LEITZ WETZLAR GmbH (A-1 thur A-6)

Ilene Knable Gotts
Foley & Lardner
Suite 1000
1775 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4680

MINOLTA CORPORATION
Allen A. Hans, Esquire
Minolta Corporation
101 Williams Drive
Ramsey, New Jersey  07446

NICON, INC.
NICON CORPORATION
NIPPON KOGAKU KK
John O. Tramontine, Esquire
Fish & Neave
875 Third Avenue
New York, New York  10022-6250

KYOCERA CORPORATION
YASHICA, INC.
Roger R. Wiser, Esquire
Spensley, Horn, Jubas & Lubitz
1880 Century Park East
5th Floor
Los Angeles, California  90067

CANNON, U.S.A., INC.
CANON, INC.

Nicholas M. Cannella, Esquire
Fitzpatrick, Cella, Harper & Scinto
277 Park Avenue
New York, New York  10172

PENTAX CORP.
ASHAI OPTICAL CO.

Bruce Bernstein, Esquire
Sandler & Greenblum
2920 South Glebe Road
Arlington, Virginia  22206

OLYMPUS CORPORATION
OLYMPUS OPTICAL COMPANY, LTD.
George E. Badenoch, Esquire
Kenyon & Kenyon
One Broadway
New York, New York 10004

MINOLTA CAMERA CO., LTD.
(No appearance received)
Minolta Camera Co., Ltd.
30, 2 Chome, Asuchi-Machi
Higash 1-ku
Osaka 541
Japan

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 792 -- In re Leitz Autofocus SLR Camera Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kyocera Corporation | A-1 |
| Yashica, Inc. | A-1 |
| Minolta Camera Co., Ltd. | A-2 |
| Minolta Corporation | A-2 |
| Canon, U.S.A., Inc. | A-3 |
| Canon, Inc. | A-3 |
| Pentax Corporation | A-4 |
| Asahi Optical Company Limited | A-4 |
| Olympus Corporation | A-5 |
| Olympus Optical Company, Ltd. | A-5 |
| Nikon, Inc. | A-6 |

p. 2

| Nippon Kogaku KK | A-6 |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |