JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -5 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 792

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LEITZ AUTOFOCUS SLR CAMERA PATENT LITIGATION

TRANSFER ORDER

This litigation presently consists of five actions pending in two districts as follows: four actions in the Eastern District of New York and one action in the District of New Jersey.[1] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Ernst Leitz Wetzlar GmbH, the plaintiff in all five actions, to centralize the actions in the Eastern District of New York for coordinated or consolidated pretrial proceedings. Defendants in one of the actions do not oppose centralized pretrial proceedings, defendants in a second action do not oppose centralization under certain conditions, and defendants in the three remaining actions oppose centralization.

On the basis of the papers filed,[2] the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the alleged validity, scope and infringement of United States Patent No. 3,529,528. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Given the proximity to each other of the two districts in which actions are pending in this docket, it is clear that neither district would be an inconvenient forum for this litigation. In selecting the Eastern District of New York as transferee forum, we note that four of the five actions are already pending there.

---

[1] The motion originally before the Panel pertained to one additional action, Ernst Leitz Wetzlar GmbH v. Minolta Camera Co., Ltd., et al., D. New Jersey, C.A. No. 88-2476-DRD. That action was dismissed on November 4, 1988, however, and therefore the question of transfer with respect to that action is moot.

[2] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby is, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jacob Mishler for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-792 -- In re Leitz Autofocus SLR Camera Patent Litigation

    District of New Jersey

Ernst Leitz Wetzlar GmbH v. Koyocera Corp., et al., C.A. No. 88-2448

    Eastern District of New York

Ernst Leitz Wetzlar GmbH v. Canon, U.S.A., Inc., et al., C.A. No. CV-88-1706

Ernst Leitz Wetzlar GmbH v. Pentax Corporation, et al., C.A. No. CV-88-1707

Ernst Leitz Wetzlar v. Olympus Corporation, et al., C.A. No. CV-88-1708

Ernst Leitz Wetzlar GmbH v. Nikon, Inc., et al., C.A. No. CV-88-1709